## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

---------------------------------------------------------- x

ENKA RENEWABLES LLC,                                        :
N60b Ilia Chavchavadze Ave., Flat N28                       :
Tbilisi, Georgia,                                           :
                Petitioner,          :
                                                        :    Civil Action No.
       - v. -                   :
                                                        :
GEORGIA,                                                    :
Ministry of Justice                                         :    **FILED UNDER SEAL**
24a Gorgasali St.                                           :
0114 Tbilisi, Georgia,                                      :
             Respondent.          :
                                                        :

---------------------------------------------------------- x

## PETITION TO RECOGNIZE AND ENFORCE FOREIGN ARBITRAL AWARD















